May 17, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

MILTON GARCIA, Appellant

NOS: 14-10-00821-CV
14-10-00856-CV
14-10-01145-CV

BANK OF AMERICA CORPORATION, BAC HOME LOAN SERVICING, LP, AND
NEWPORT INSURANCE COMPANY, Appellees

————————————

This cause, an appeal from the judgment in favor of appellees, Bank of America Corporation; BAC Home Loan Servicing, LP; and Newport Insurance Company, signed October 25, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Milton Garcia, to pay all costs incurred in this appeal. We further order this decision certified below for observance.